# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROY CLEMONS and ROGER JOYNER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL NO. 08-cv-657-MJR |
| ) | |
| DEPARTMENT OF PUBLIC HEALTH, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Before the Court is Plaintiff Clemons's motion for voluntary dismissal of the action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure (Doc. 11).[1] Voluntary withdrawal of his complaint is Plaintiff's right, and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED this 28th day of May, 2009.**

                                                    **s/ Michael J. Reagan**
                                                    **MICHAEL J. REAGAN**
                                                    **United States District Judge**

---

[1] Plaintiff Joyner has already withdrawn from this action (*see* Docs. 7, 9).